BEFORE THE FIRST DIVISION, DECEMBER 6, 1951

**No. 56132.**—Horne International Distributing Corp. et al. *v.* United States, protests 132957–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56133.**—Anglo Persian Mercantile Co. et al. *v.* United States, protests 156747–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56134.**—B. Shackman & Company *v.* United States, protest 164304–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56135.**—J. E. Bernard & Company, Inc. *v.* United States, protest 169111–K/ 3059 (Chicago).

Opinion by COLE, J. The protest was dismissed.

**No. 56136.**—A. N. Deringer, Inc. *v.* United States, protest 172281–K (Ogdensburg).

Opinion by COLE, J. The protest was dismissed.

**No. 56137.**—R. H. Macy & Co., Inc. *v.* United States, protests 149820–K and 162541–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56138.**—William H. Emig, Transferee, and Emil Leichter *v.* United States, protests 157505–K (A) and 146115–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56139.**—Fleming-Joffe, Ltd., et al. *v.* United States, protests 173219–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 6, 1951

**No. 56140.**—McLaughlin & Freeman *v.* United States, protest 815390–G (Boston).

Opinion by RAO, J. The protest was dismissed.